E. BRYAN WILSON
Acting United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:21-cr-00118-SLG-KFR |
|---|---|---|
| Plaintiff, | ) ) | COUNT 1: |
| | ) | DISTRIBUTION OF A |
| vs. | ) | CONTROLLED SUBSTANCE |
| | ) | Vio. of 21 U.S.C. § 841(a)(1), |
| DONALD JAMES MCGRANAHAN, a/k/a "Don", | ) ) | (b)(1)(A) |
| | ) | COUNT 2: |
| Defendant. | ) | DISTRIBUTION OF A |
| | ) | CONTROLLED SUBSTANCE |
| | ) | Vio. of 21 U.S.C. § 841(a)(1), |
| | ) | (b)(1)(B) & (b)(1)(C) |
| | ) | |
| | ) | COUNT 3: |
| | ) | POSSESSION OF CONTROLLED |
| | ) | SUBSTANCES WITH INTENT TO |
| | ) | DISTRIBUTE |
| | ) | Vio. of 21 U.S.C. §§ 841(a)(1), |
| | ) | (b)(1)(A), (B), & (C) |
| | ) | |

| | ENHANCED STATUTORY |
| --- | --- |
| ) | PENALTIES ALLEGATION: |
| | 21 U.S.C. § 841(b) |
| ) | |
| ) | CRIMINAL FORFEITURE |
| ) | ALLEGATION: |
| | 21 U.S.C. § 853 and Rule 32.2(a) |
| ) | |
| ) | |
| ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about December 21, 2020, within the District of Alaska, the defendant, DONALD JAMES MCGRANAHAN, a/k/a "Don," knowingly distributed a controlled substance, to wit: 50 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A).

COUNT 2

On or about February 24, 2021, within the District of Alaska, the defendant, DONALD JAMES MCGRANAHAN, a/k/a "Don," knowingly distributed controlled substances, to wit: 5 grams or more of pure methamphetamine and a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) & (C).

COUNT 3

On or about May 31, 2021, within the District of Alaska, the defendant, DONALD JAMES MCGRANAHAN, a/k/a "Don," knowingly possessed with intent to distribute

controlled substances, to wit: 50 grams or more of pure methamphetamine, 100 grams or more of a mixture and substance containing a detectable amount of heroin, and a mixture and substance containing a detectable amount of cocaine base.

All of which is in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (B), & (C).

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, DONALD JAMES MCGRANAHAN, a/k/a "Don," committed the offenses charged in Counts 1 thru 3 of this case, he had a final conviction for a serious violent felony, specifically, Assault in the Second Degree in Alaska Superior Court case 3AN-12-02486, for which he served a term of imprisonment of more than 12 months.

All pursuant to 21 U.S.C. § 841(b).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of Count 3 of this Indictment, the defendant, DONALD JAMES MCGRANAHAN, a/k/a/ "Don," shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

The property to be forfeited includes, but is not limited to, $51,000.00 in U.S. currency seized on May 31, 2021.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

s/ Christina Sherman for
E. BRYAN WILSON
Acting United States Attorney
United States of America

DATE: Dec 14, 2021