**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD JAMES MCGRANAHAN,<br><br>Defendant. | Case No. 3:21-cr-00118-SLG-MMS |

**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY**

A plea agreement was filed at Docket 52. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered guilty pleas to Counts 1, 2, and 3 of the Indictment: Two counts of Distribution of a Controlled Substance and one count of Possession with Intent to Distribute, which are violations of 21 U.S.C. § 841(a)(1). Defendant also entered an admission to Criminal Forfeiture Allegation 1.

Judge Scoble issued a Final Report and Recommendation at Docket 61, in which he recommended that the District Court accept Defendant's pleas of guilty to Counts 1, 2, and 3 of the Indictment and admission to Criminal Forfeiture

Allegation 1. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Counts 1, 2, and 3 of the Indictment and Defendant is adjudged GUILTY of Counts 1, 2, and 3. The Court also ACCEPTS Defendant's admissions to Criminal Forfeiture Allegation 1. An Imposition of Sentence hearing has been scheduled for December 20, 2022, at 2:00 p.m. before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 27th day of September, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00118-SLG-MMS, *United States v. McGranahan*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00118-SLG-MMS   Document 62   Filed 09/27/22   Page 2 of 2